**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
Robert N. Fisher (SBN 302919)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
christina@chumphreylaw.com
rob@chumphreylaw.com

**TOWER LEGAL GROUP, P.C.**
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
james.clark@towerlegalgroup.com
renee.parras@towerlegalgroup.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MUNOZ, CYNDY PANIAGUA, and MELISSA OLSEN, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the ALORICA 401(K) RETIREMENT PLAN, <br><br> Plaintiffs, <br> v. <br><br> ALORICA, INC., ALORICA RETIREMENT SAVINGS PLAN COMMITTEE, and DOES 1 through 50, <br><br> Defendants. | Case No.: 8:22-cv-01856-JWH-DFM <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br><br> Hearing Date: March 15, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. John W. Holcomb <br> Courtroom: 9D |

-i-

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Friday, March 15, 2024 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable John W. Holcomb, in Courtroom 9D of this Court located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701, Plaintiffs Aaron Munoz, Cyndy Paniagua, and Melissa Olsen, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the Alorica 401(K) Retirement Plan ("Plaintiffs"), by and through their undersigned counsel, hereby will move through their counsel of record for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to amend the Complaint in the action.

This motion is made following the conference of counsel that took place on February 8, 2024.

A clean copy and a redlined copy of the Proposed Second Amended Complaint ("SAC") are attached to the Declaration of Robert N. Fisher and marked as Exhibits A and B respectively, showing the changes from the Complaint.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Robert N. Fisher and the attached exhibits filed and served herewith on all pleadings, records, and papers on file in this action, and upon such other further evidence as may be presented at the hearing in this matter.

-1-

Dated: February 16, 2024

Respectfully submitted,

**CHRISTINA HUMPHREY LAW, P.C.**
**TOWER LEGAL GROUP, P.C.**

*/s/ Robert N. Fisher*
Christina A. Humphrey
Robert N. Fisher
James A. Clark
Renee P. Ortega
*Attorneys for Plaintiffs*

-2-

PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT