**JACKSON LEWIS P.C.**
René E. Thorne (admitted *pro hac vice*)
René.Thorne@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755

**CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP**
Kenneth D. Sulzer (SBN 120253)
ksulzer@constangy.com
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775

*Attorneys for Alorica Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MUNOZ, CYNDY PANIAGUA and MELISSA OLSEN, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the ALORICA 401(K) RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALORICA INC., et al<br><br>Defendants. | **Case No.: 8:22-cv-01856-JWH-DFM**<br><br>**DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order |

Defendants, Alorica Inc. ("Alorica"), the Alorica Retirement Savings Plan Committee ("Committee"), and the individually-named Committee members (collectively "Alorica Defendants"), respectfully submit this *Ex Parte* Application for Leave to File Notice of Supplemental Authority related to their Motion to Dismiss (Dkt. 65).

1  Pursuant to L.R. 7-19.1, counsel for Defendants certify that it has notified
2  and advised counsel for Plaintiffs, of the date and substance of this *ex parte*
3  application on September 11, 2024. Plaintiffs object to Defendants' informing the
4  Court of the Eighth Circuit's recent decision in *Barrett v. O'Reilly Automotive,*
5  *Inc.*, F.4th --, No. 23-2501, 2024 U.S. App. LEXIS 21941 (8th Cir. Aug. 29,
6  2024) and its application to this case.

7  Pursuant to L.R. 7-19, Defendants concurrently file the proposed *ex parte*
8  order. As more fully stated in the Notice, this decision is relevant to the issues
9  before the Court.

10  Accordingly, Defendants ask this Court to grant them leave to file a Notice
11  of Supplemental Authority so the Court may consider *Barrett v. O'Reilly*
12  *Automotive, Inc.*, while it considers the Motion it has taken under advisement.

Dated: September 13, 2024       /s/ *René E. Thorne*
                                René E. Thorne

**JACKSON LEWIS P.C.**
René E. Thorne (admitted *pro hac vice*)
René.Thorne@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755

**CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP**
Kenneth D. Sulzer (SBN 120253)
ksulzer@constangy.com
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775

*Attorneys for Alorica Defendants*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON MUNOZ, CYNDY PANIAGUA and MELISSA OLSEN, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the ALORICA 401(K) RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALORICA INC., et al<br><br>Defendants. | **Case No.: 8:22-cv-01856-JWH-DFM**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Filed concurrently with *Ex Parte* Application and [Proposed] Order |

Pursuant to L.R. 7-19, Alorica Defendants, respectfully submit the following memorandum of points and authorities in support of their *Ex Parte* Application for Leave to File Notice of Supplemental Authority ("Application") related to their Motion to Dismiss (Dkt. 65).

1

## I. CONTACT INFORMATION FOR PLAINTIFFS' COUNSEL.

Pursuant to L.R. 7-19, Defendants provide the following contact information for counsel for Plaintiffs:

| Christina A Humphrey<br>**CHRISTINA HUMPHREY LAW, PC**<br>1117 State Street<br>Santa Barbara, CA 93101<br>Telephone: (805) 618-2924<br>Facsimile: (805) 618-2939<br>Christina@chumphreylaw.com | James Alan Clark<br>Renee P Ortega<br>**TOWER LEGAL GROUP PC**<br>11335 Gold Express Drive Suite 105<br>Sacramento, CA 95670<br>Telephone: (916) 361-6009<br>Facsimile: (916) 361-6019<br>James.Clark@towerlegalgroup.com<br>Renee.Ortega@towerlegalgroup.com |
|---|---|

## II. DEFENDANTS SHOULD BE GRANTED LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY.

Defendants request leave to file a notice and memorandum of supplemental authority about the Eighth Circuit's recent decision in *Barrett v. O'Reilly Automotive, Inc.*, F.4th --, No. 23-2501, 2024 U.S. App. LEXIS 21941 (8th Cir. Aug. 29, 2024) to apprise the Court of the ruling and its application to this case.

First, Defendants could not raise *Barrett* before now because it was rendered after briefing of Defendants' Motion to Dismiss was complete and the Court took the matter under advisement on July 24, 2024. *See* Dkt. No. 131. The Eighth Circuit issued its opinion in *Barrett* on August 29, 2024.

Second, the facts, law, and arguments in this case are much like those in *Barrett*, in which the Eighth Circuit affirmed the dismissal of the plaintiff's ERISA recordkeeping fee claim due to her failure to plead sufficient facts to demonstrate a meaningful benchmark for comparison of recordkeeping services provided to the plan at issue to recordkeeping services provided to similarly situated plans.

### III. CONCLUSION.

Defendants request leave to file a Notice of Supplemental Authority so the Court may consider *Barrett v. O'Reilly Automotive, Inc.* and its application to this case when considering Defendants' Motion to Dismiss in the present litigation. For the reasons stated above, Defendants should be granted leave to file a notice and memorandum providing the Court with notice of the decision, the reasons it applies here, and a copy of the decision.

Dated: September 13, 2024          /s/ *René E. Thorne*
                                   René E. Thorne